GRACE MONA, Appellant, *v.* FREDERICK ERION et al., Individually and as Copartners under the Firm Name of " ERION PIANO Co.," Respondents.

(Submitted October 22, 1928; decided October 26, 1928.)

*Harold J. Adams* for motion.
*Harold Horowitz* and *John J. Brown* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within five days appellant file and serve a stipulation for judgment absolute and pay ten dollars costs, in which event motion is denied.